UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-                                        10 Civ. 4791 (LAK)

ICP ASSET MANAGEMENT, LLC, et al.,

                Defendants.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/12

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for partial summary judgment [DI 96] is denied.  Opinion to follow.

        SO ORDERED.

Dated:      July 31, 2012

                                                            Lewis A. Kaplan
                                                      United States District Judge