UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

- against -

ICP ASSET MANAGEMENT, LLC, ICP SECURITIES, LLC, INSTITUTIONAL CREDIT PARTNERS, LLC, and THOMAS C. PRIORE,

    Defendants,

- and -

THOMAS C. PRIORE, LORI A. PRIORE, and BERTRAND H. SMYERS,

    Defendants and
    Relief Defendants.

No. 10 Civ. 4791 (LAK) (JCF)
ECF Case

**STIPULATION AND ORDER OF DISMISSAL**



WHEREAS the Securities and Exchange Commission ("SEC") asserted claims under the federal securities laws and rules promulgated thereunder against defendant Thomas Priore;

WHEREAS, based on Priore's transfer of certain assets in March 2010, the SEC asserted claims for fraudulent conveyance and unjust enrichment against defendants Priore, Lori Priore, and Bertrand Smyers;

WHEREAS the SEC has reached a settlement with defendant Priore on the SEC's claims against him under the federal securities laws and rules promulgated thereunder;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the SEC's fraudulent conveyance and unjust

enrichment claims (Claims 10 through 15 of the Amended Complaint, DE #54) are dismissed without prejudice.

Dated: August 29, 2012

SECURITIES AND EXCHANGE
COMMISSION

By: _____
Joseph O. Boryshansky
Mark S. Germann
Joshua R. Pater
3 World Financial Center
New York, NY 10281
Tel: (212) 336-1100

*Counsel to plaintiff Securities and
Exchange Commission*

WILLIAMS & CONNOLLY LLP

By: _____
Margaret A. Keeley
Malachi B. Jones
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000

*Counsel to defendant Thomas C. Priore*

HODGSON RUSS LLP

By: _____
Robert Schrager
1540 Broadway
New York, NY 10036
Tel: (212) 751-4300

*Counsel to defendant Lori A. Priore*

THOMPSON HINE LLP

By: _____
Simon J.K. Miller
335 Madison Ave., 12th Floor
New York, NY 10017
Tel: (212) 908-3904

*Counsel to defendant Bertrand H. Smyers*

So Ordered, Sept 5, 2012

_____
Hon. Lewis A. Kaplan
United States District Court Judge

2