UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>ICP ASSET MANAGEMENT, LLC, et al.<br><br>Defendants and<br>Relief Defendants. | Case No.:<br>10-cv-4791-LAK-JCF<br><br>Notice of Motion and Motion<br>for a Second Order to<br>Disburse |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, upon the accompanying Motion, Memorandum, Declaration, and Proposed Order, and all other related papers and proceedings, Plaintiff, the Securities and Exchange Commission (the "SEC") will move this Court, at a date and time to be determined by the Court, for a Second Order to Disburse in accordance with the Distribution Plan approved by this Court (ECF No. 276, the "Plan").

### **MOTION**

Pursuant to the Plan, Plaintiff, the SEC, respectfully submits this Motion for a second order to disburse $219,793.00 to Payees in accordance with the Plan.

The grounds for this Motion are set forth in the accompanying memorandum and declaration of the Distribution Agent.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

4/16/24